**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
CHARLES GELLERT, et al.,       )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No. 05-19 (GK)
                               )
DISTRICT OF COLUMBIA PUBLIC    )
    SCHOOLS,                   )
                               )
        Defendant.             )
_____)
```

### ORDER

Plaintiffs are Jesse Gellert, a minor, and his parents, Charles and Susan Gellert. Plaintiffs bring suit under 20 U.S.C. § 1415i(2)(A) of the Individuals with Disabilities Education Act ("IDEA") against Defendant, District of Columbia Public Schools ("DCPS"). This matter is before the Court on Plaintiffs' Motion for Summary Judgment, [#14], and Defendant's Cross Motion for Summary Judgment, [#18]. Upon consideration of the Motions, Oppositions, Replies, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' Motion, [#14], is **granted**; it is further

**ORDERED** that Defendant must reimburse Plaintiffs for the cost of Jesse's attendance at Kingsbury Day School for the 2004-2005 school year; it is further

**ORDERED** that Defendant must reimburse Plaintiffs for reasonable attorneys fees incurred in this litigation; and it is further

**ORDERED** that Defendant's Motion, [#18], is **denied**.

May 18, 2006

/s/
GLADYS KESSLER
United States District Judge

**Copies To: Attorneys of Record Via ECF**